# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-06-00162-CR

**Melanie Forest Albright, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
### NO. 58510, HONORABLE WILLIAM BACHUS, JR., JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Melanie Forest Albright seeks to appeal from a judgment of conviction for assault on a public servant. The trial court has certified that this is a plea bargain case and Albright has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The appeal is dismissed. *See id*. rule 25.2(d).

_____

David Puryear, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Dismissed for Want of Jurisdiction

Filed: April 5, 2006

Do Not Publish